FILED IN CHAMBERS
U.S.D.C. Rome

JAN 04 2012

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TERRI NGUYEN, BOP No. 55711-019, | MOTION TO VACATE 28 U.S.C. § 2255 |
| Movant, | CIVIL ACTION |
| v. | NO. 1:09-CV-2479-RLV-WEJ |
| UNITED STATES OF AMERICA, | CRIMINAL ACTION NO. 1:04-CR-232-4-RLV-WEJ |
| Respondent. | |

O R D E R

After carefully considering the report and recommendation of the magistrate judge, the court receives it with approval and adopts it as the opinion and order of this court.

SO ORDERED, this 4th day of January, 2012.

_____
ROBERT L. VINING, JR.
Senior United States District Judge